IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAGALY GONZALES NUCAMENDI,   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>K-MAC HOLDINGS CORP. d/b/a   )<br>Taco Bell   )<br>A foreign corporation   )<br>   Defendant.   )   | Case No. 14-CV-468-JED--PJC |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(l)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is, pursuant to the agreement of the parties, dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41 (a)(1)(A)(ii).  Each party agrees to bear their respective attorneys' fees and costs.

Dated: November 14th 2014

<u>S/Stevan A. Broussard</u>
Steven A. Broussard

Hall, Estill, Hardwick, Gable,

Golden & Nelson, P.C.

Attorney for Defendant

1

S/Brendan M. McHugh

Brendan McHugh
PO Box 1392
Claremore, OK 74018
Tel: (918) 343-1773
mchugh8@att.net

*Counsel for Plaintiff*

2